1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7
8
9  CARL DEAN EDWARDS,

10     Petitioner,                                 Case No. 3:17-cv-00148-LRH-WGC

11  vs.                                            **ORDER**

12  STEVEN WOLFSON, et al.,

13     Respondents.

14

15        Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a

16  petition for a writ of habeas corpus.  He did not submit an application to proceed in forma pauperis,

17  nor did he pay the filing fee of five dollars ($5.00).

18        IT IS THEREFORE ORDERED petitioner shall file an application for leave to proceed in

19  forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

20  The clerk of the court shall send petitioner a blank application form for incarcerated litigants.  In the

21  alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars

22  ($5.00), accompanied by a copy of this order.  Petitioner shall have thirty (30) days from the date

23  that this order is entered to comply.  Failure to comply will result in the dismissal of this action.

24        DATED this 6th day of April, 2017.

25
26                                                 _____
27                                                 LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE
28