UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL DEAN EDWARDS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN FILSON, et al.,<br><br>        Respondents. | Case No. 3:17-cv-00148-LRH-WGC<br><br>**ORDER** |

In this closed habeas corpus action under 28 U.S.C. § 2254, petitioner has filed an <u>ex parte</u> motion for emergency hearing and for appointment of counsel for A.D.A. claims. ECF No. 38, 39. Petitioner put two case numbers on the document: This case number, and 3:20-cv-00716-APG-WGC. The other action is a civil rights action in which petitioner claims that prison officials have violated the Americans with Disabilities Act, among other claims. The motions have been filed in both actions. Based upon the allegations in the motions and the nature of the other action, petitioner should not have filed the motions in this action. The court will strike the motions in this case only.

IT THEREFORE IS ORDERED that the clerk of the court **STRIKE** the <u>ex parte</u> motion for emergency hearing (ECF No. 37) and the motion for appointment of counsel for A.D.A. claims (ECF No. 38).

DATED this 19th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1